**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JAMES GARLAND WARD, #200974796**                                    **PLAINTIFF**

**v.**                                              **CIVIL NO. 1:20-cv-255-HSO-JCG**

**H. BEESLEY and
MIKE EZELL, Administrator**                                    **DEFENDANTS**


**FINAL JUDGMENT**

In accordance with the Court's Order entered this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of March, 2021.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE